UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YOSEF MAGID et al.,

                     Petitioners,                 19-CV-11516 (JMF)

      and                                     ORDER

ARI WALDMAN,

                     Respondent.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 16, 2019, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 3, 2020**. Respondent's opposition, if any, is due on **January 17, 2020**. Petitioners' reply, if any, is due **January 24, 2020**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **January 3, 2020**, and shall file an affidavit of such service with the court no later than **January 6, 2020**.

    SO ORDERED.

Dated: December 17, 2019
       New York, New York

                                                       JESSE M. FURMAN
                                                United States District Judge