UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YOSEF MAGID et al., :
:
Petitioners, : 19-CV-11516 (JMF)
:
and : ORDER
:
:
ARI WALDMAN, :
:
Respondent. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 10, 2020, Respondent filed a cross-motion to vacate the arbitral award at issue in this case. *See* ECF No. 15. It is hereby ORDERED that Petitioners shall file a single, consolidated memorandum of law in further support of their petition and in opposition to Respondent's cross-motion no later than **February 24, 2020**. Respondent shall file any reply in further support of his cross-motion no later than **March 2, 2020**.

SO ORDERED.

Dated: February 11, 2020
New York, New York

JESSE M. FURMAN
United States District Judge