**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YOSEF MAGID and JACOB ROTTENBERG,

                Petitioners,                19 **CIVIL** 11516 (JMF)

      -against-                            **JUDGMENT**

ARI WALDMAN,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2020, both the petition to confirm the Award and the motion to vacate it are granted in part and denied in part; specifically, the Award is confirmed except to the extent that it provides attorneys' fees to Petitioners; accordingly, this case is closed**.**

**Dated**: New York, New York
        August 19, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                                            **BY:**
                                                      _____
                                                           **Deputy Clerk**