UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOSEF MAGID and JACOB ROTTENBERG,<br><br>         Petitioners,<br>  -against-<br><br>ARI WALDMAN<br>         Respondent. | Case No.: 19-cv-11516 (JMF)<br><br>**AMENDED JUUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2020, both the petition to confirm the Award and the motion to vacate it are granted in part and denied in part; specifically, the Award is confirmed except to the extent that it provides attorneys' fees to Petitioners; and

It is further **ORDERED, ADJUDGED AND DECREED:** That pursuant to the foregoing, that Petitioners, Yosef Magid and Jacob Rottenberg recover from Respondent, Ari Waldman, to amount of Three Hundred and Fifty Thousand, and One Hundred and Thirty Five ($350,135.00) Dollars, and accordingly, this case is closed.

Dated:
  August 26, 2020

                        _____
                         JESSE M. FURMAN
                        United States District Judge