

# Law Office of
## MAURICE I. ROSENBERG

930 E. COUNTY LINE ROAD  |  BUILDING B, SUITE 101  |  LAKEWOOD, NJ 08701  |  P: 732.719.6383  |  F: 732.719.6531  |  MAURICE@MAURICEROSENBERGLAW.COM

November 30, 2020

**By ECF**
Honorable Jesse M. Furman U.S.D.J.
United States District Court,
500 Pearl Street,
New York, New York 10007

<u>Re: Yosef Magid v Waldman 19-CV-11516 (JMF)</u>

Your Honor,

I represent Petitioners, Yosef Magid and Jacob Rottenberg in the above referenced action to enforce an arbitration award, in which the Court issued a judgment in favor of Petitioners.

On October 21, 2020, I issued Interrogatories and a Notice to Produce, seeking information as to the identity, location and scope of Respondent's assets, and served the same on Respondents counsel. No responses have been provided to my office whatsoever. I complained of the same to Respondent's counsel last Tuesday, November 24th, 2020, seeking to avoid judicial interference, and to date, have not received any discovery. In accordance with Local Rule 37.2, Petitioners hereby request an informal conference so that this matter can be resolved without resorting to motion practice.

Respectfully,

Maurice I. Rosenberg