UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOSEF MAGID and JACOB ROTTENBERG,

                    Petitioners,

-against-                              Case No.: 1:19-cv-11516 (JMF)

ARI WALDMAN

                     Respondent.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Respondent's Motion to Stay Action Pending Appeal, dated December 16, 2020, in addition to relying upon all of the prior pleadings filed and rulings issued filed in connections with previous proceedings already had herein and the annexed Declaration of respondent Ari Waldman (the "Motion"), Respondent, Ari Waldman, will move this Court before the Honorable Jesse M. Furman, U.S.D.J. at the United States District Court, Southern District of New York, 40 Foley Square New York, NY 10007, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 62 of the Federal Rules of Civil Procedure, and in accordance with Rule 8(a) of the Federal Rules of Appellate Procedure, granting the Motion, staying the action pending appeal, and for such other and further relief as this Court deems is just, proper, and appropriate.

Dated: Brooklyn, New York
         December 16, 2020

                                                          Respectfully submitted,
                                                          BRUCK LLP

                                                          By: /S/ Yair M. Bruck
                                                                Yair M. Bruck

1207 East 34th Street
Brooklyn, New York 11210
(212) 593-9090 (telephone)
(212) 644-6667 (facsimile)
YB@BruckLLP.com (e-mail)

*Attorneys for Respondent*