UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YOSEF MAGID, et al.,                                              :
:
                    Petitioners,                              :
:       19-CV-11516 (JMF)
         -v-                                              :
:       ORDER
ARI WALDMAN,                                                      :
:
                    Respondent.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 16, 2020, Respondent filed a motion pursuant to Rule 62(b) to approve a bond so as to stay this case pending appeal in the Second Circuit Court of Appeals. ECF No. 57. In support of his motion, Respondent provided the Court with a copy of the supersedeas bond posted in the amount of $388,900.00. ECF No. 59-1. The Court issued an Order on December 17, 2020, temporarily staying Respondent's discovery obligations relating to enforcement of the previously entered judgment and giving Petitioners an opportunity to file any objection to Respondent's motion by December 22, 2020. ECF No. 62; *see also* ECF No. 64. To date, Petitioners have not objected to approval of the bond.

       Accordingly, pursuant to Rule 62(b), the Court hereby APPROVES the bond. Execution on the judgment issued in this case as well as any proceedings to enforce it (along with related discovery obligations) are therefore STAYED. This stay shall remain in effect until **14 days after the Court of Appeals resolves the appeal and cross-appeal in this case.**

       The Clerk of Court is directed to terminate ECF No. 57.

       SO ORDERED.

Dated: December 23, 2020
       New York, New York
                                                               JESSE M. FURMAN
                                                               United States District Judge