

Law Office of
# MAURICE I. ROSENBERG

930 E. COUNTY LINE ROAD  |  BUILDING B, SUITE 101  |  LAKEWOOD, NJ 08701  |  P: 732.719.6383  |  F: 732.719.6531  |  MAURICE@MAURICEROSENBERGLAW.COM

March 22, 2022

**By ECF**
Honorable Jesse M. Furman U.S.D.J.
United States District Court,
500 Pearl Street,
New York, New York 10007

      **Re: Yosef Magid v Waldman 19-CV-11516 (JMF)**

Your Honor,

    This Letter-Motion is submitted jointly by counsel for both parties in the above-captioned matter to update the Court regarding status of this action and to request disbursement of the supersedeas bond.

    The Appellate Court affirmed this Court's judgment, issued August 26, 2020, (the "Judgment")and issued a Mandamus to this Court memorializing the same. The Mandamus was issued on March 18, 2022, and is docketed at document 141, on this Court's docket.

    Pursuant to the Appellate Court's decision, the parties have agreed to disburse the funds in accordance with the Judgment. As a result, the parties jointly request that the Court direct Suretec Insurance Company to disburse the sum of $350,882.91, to Plaintiffs' counsel, and any residual amount to Defendant's counsel, thus discharging bond number 3475380.

    If the above meets with the Court's approval, please "SO ORDER" this letter-motion below.

    Thank you in advance for your time and consideration.

                                        Respectfully,

                                        Maurice I. Rosenberg