

# Law Office of
# MAURICE I. ROSENBERG

930 E. COUNTY LINE ROAD | BUILDING B, SUITE 101 | LAKEWOOD, NJ 08701 | P: 732.719.6383 | F: 732.719.6531 | MAURICE@MAURICEROSENBERGLAW.COM

March 24, 2022

**By ECF**
Honorable Jesse M. Furman U.S.D.J.
United States District Court,
500 Pearl Street,
New York, New York 10007

<u>Re: Yosef Magid v Waldman 19-CV-11516 (JMF)</u>

Your Honor,

    This Letter-Motion is submitted jointly by counsel for both parties in the above-captioned matter to update the Court regarding status of this action and to request disbursement of the supersedeas bond.

    The Appellate Court affirmed this Court's judgment, issued August 26, 2020, (the "Judgment")and issued a Mandamus to this Court memorializing the same. The Mandamus was issued on March 18, 2022, and is docketed at document 141, on this Court's docket.

    Pursuant to the Appellate Court's decision, the parties have agreed to disburse the funds in accordance with the Judgment. As a result, the parties jointly request that the Court direct Suretec Insurance Company to disburse the sum of $350,882.91, including post judgment interest in the amount of $747.91, to Plaintiffs' counsel, and any residual amount to Defendant's counsel, thus discharging bond number 3475380.

    I further attach a computation of the accrued interest, and explanation as to the entitlement thereto as proscribed by the legislature at 28 U.S.C. 1961(a).

    If the above meets with the Court's approval, please "SO ORDER" this letter-motion below.

    Thank you in advance for your time and consideration.

Respectfully,

*Maurice I. Rosenberg*

Maurice I. Rosenberg

MAGID vs WALDMAN

19-cv-11516

## Post Judgment Interest Calculations
## Calculating Per Diem Rate and Post Judgment Interest Through March 14, 2022

Pursuant to 28 U.S.C. 1961(a), and F.R.A.P. Rule 37, interest is permitted on any money judgment awarded in the civil court. Interest is calculated from the date of entry of the judgment, in this case August 19, 2020, at rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment.

|  | AWARD[1] |
|---|---:|
| **AWARD** | $350,135 |
| Post Judgment Interest Rate[2] | 0.136% |
|  |  |
| Full Year Post Judgment Interest through August 18, 2021[3] | $476.18 |
| Partial Year Post Judgment Interest through March 14, 2022 | $271.73 |
|  |  |
| **Post Judgment Interest through March 14, 2022** | **$350,882.91** |
|  |  |
| **Per Diem Post Judgment Interest Rate** | **$1.31** |

---

[1] Judgment in Civil Case (Docket No. 37) dated August 19, 2020
[2] Weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment (see 28 U.S.C. 1961). Post Judgment interest is calculated on a compounded (annually) basis.
[3] The per diem interest rate increases after one full year because interest is compounded annually. Therefore, after each full year, the interest amount is added to the principal amount when calculating interest forward.